# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## ORDER

UNITED STATES OF AMERICA,

                Plaintiff,

v.

**Jennifer Ann Rosvold**

                Defendant.

Docket No. 0:06-CR-00111-001 (PAM)

      Based upon the recommendation by the United States Probation Officer Chase O. Solarin, Minneapolis, Minnesota:

      IT IS HEREBY ORDERED That the defendant make two separate restitution payments to the victim Dan Dolan in this case to each of his two restaurants: Gateway Damons and Blaine Damons.

Signed and executed this   7th   day
of   February , 2011  .

                                                          s/Paul A. Magnuson
                                                          Honorable Paul A. Magnuson
                                                          Senior U.S. District Judge